Civil Action No. 21-CV-0001

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shorewood School District
was received by me on *(date)* 01/07/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Emily Berry, Clerk of the Board of Education , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Shorewood School District on *(date)* 01/08/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0.00 for travel and $ 40.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 01/11/2021

*Server's signature*

William F. Frahm II, Process Server
*Printed name and title*

Cream City Process
1433 N. Water Street, Suite 400
Milwaukee, WI 53202
*Server's address*

Additional information regarding attempted service, etc:
Served at 1304 E. Lake Bluff Avenue, Shorewood, WI

**UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF WISCONSIN**

Camille Fehring

PLAINTIFF/PETITIONER,

v.

Shorewood School District

DEFENDANT(S)/RESPONDENT(S)

Case No.: **21-CV-0001**

## AFFIDAVIT OF SERVICE ON CORPORATION OR LIMITED LIABILITY COMPANY

I, William F. Frahm II, being first duly sworn, on oath deposes and says:

1. I am an adult resident of the State of Wisconsin and not interested in, nor party to, the above titled action.

2. On **January 8, 2021 at 3:42 PM** at the address of **1304 E. Lake Bluff Avenue, Shorewood, WI**, I served the Authenticated Summons in a Civil Action upon **Shorewood School District** by delivering to and leaving these documents with the Clerk of the Board of Education of the Shorewood School District, Emily Berry.

I declare under penalties of perjury that the information contained herein is true and correct.

Dated on January 11, 2021,

By: _____

William F. Frahm II, Authorized Process Server



1433 N. Water St., Suite 400
Milwaukee, WI 53202
414-212-5323 | creamcityprocess.com

Fee for Service: $40.00

State of Wisconsin, County of Milwaukee
Subscribed and sworn to before me on 1/11/2021.

_____
Notary Public, State of Wisconsin
My commission expires: 10/20/22