# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CAMILLE FEHRING,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHOREWOOD SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | Case No. 21-CV-1-JPS<br><br>**ORDER** |

On January 4, 2021, Plaintiff filed a complaint in the above-referenced matter. ECF No. 1. On December 23, 2022, Plaintiff notified the Court of the settlement of the case. ECF No. 34. On January 24, 2023, the parties filed a stipulation dismissing Plaintiff's claims against Defendant with prejudice and without costs to either party. ECF No. 35. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court will adopt the stipulation of dismissal.

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 35, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2023.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge